*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Juan A Ortega<br><br>   Debtor(s). | Case No. 23–12808–mdc<br><br>Chapter: 13 |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/18/23, this case is hereby DISMISSED.

Date 10/20/2023

_____
Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix List of Creditors
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities